454 P.2d 974

Bernard C. McCLESKEY, Plaintiff-Appellant,

v.

N. C. RIBBLE COMPANY, Employer, and Mountain States Mutual Casualty Company, Insurer, Defendants-Appellees.

No. 8859.

Supreme Court of New Mexico.
June 13, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Apeals Cause No. 271, 80 N.M. 345, 455 P.2d 849 be and the same is hereby returned to the Clerk of the Court of Appeals.

454 P.2d 974

STATE of New Mexico, Petitioner,

v.

PUBLIC EMPLOYEES RETIREMENT BOARD, Floyd Avila, Max R. Salazar, R. F. Apodaca, Gailen H. Hooper, Archie L. Vigil, Robert I. Griego, Virginia M. Chavez, Jesse D. Kornegay, Harold G. Thompson, Ernestine D. Evans, Members thereof, and Leonard T. Valdes, Executive Secretary of said Board, Respondents.

No. 8870.

Supreme Court of New Mexico.
June 18, 1969.

MOISE, Acting Chief Justice, and COMPTON, TACKETT and WATSON, Justices, concurring; NOBLE, Chief Justice, being absent and not participating;

Ordered that the petition for writ of injunction be and the same is hereby denied.